[No. 29839-6-III.   Division Three.   May 30, 2013.]

*In the Matter of the Marriage of* SUE SHAPIRO, *Respondent,* and MARTIN SHAPIRO, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 07-3-00784-1, Blaine G. Gibson, J., entered March 11, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Culp, J. Pro Tem.

[No. 67227-4-I.   Division One.   June 3, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. MYRON CLARK WYNN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-00868-6, Susan J. Craighead, J., entered May 16, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 67370-0-I.   Division One.   June 3, 2013.]

THE BANK OF NEW YORK MELLON, *as Successor,* ET AL., *Appellants,* v. SCOTTY'S GENERAL CONSTRUCTION, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-05908-1, Hollis R. Hill, J., entered June 15, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 67621-1-I.   Division One.   June 3, 2013.]

KING COUNTY, *Respondent,* v. F. RAYMOND HAVERSAT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-15930-1, Hollis R. Hill, J., entered July 28, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Verellen, JJ.